```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
MTS LOGISTICS, INC.,                                              :
                                                                  :
                          Plaintiff,                              :     21-CV-4016 (JPC)
                                                                  :
         -v-                                                      :     ORDER
                                                                  :
SARAY DOKUM VE MADENI AKSAM SANAYI                                :
TURIZM A.S.,                                                      :
                                                                  :
                          Defendant.                              :
                                                                  :
----------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

On May 11, 2021, the Court held a conference in *Saray Dokum ve Madeni Aksam Sanayi Turizm A.S. v. MTS Logistics, Inc.*, No. 17 Civ. 7495. As stated on the record during that conference, this matter is stayed pending settlement discussions in that case.

SO ORDERED.

Dated: May 11, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge