UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                    :
MTS LOGISTICS, INC.,                                                :
                                                                    :
                        Plaintiff,                                  :
                                                                    :            21 Civ. 4016 (JPC)
            -v-                                                     :
                                                                    :                 ORDER
SARAY DOKUM VE MADENI AKSAM SANAYI                                  :
TURIZM A.S.,                                                        :
                                                                    :
                        Defendant.                                  :
                                                                    :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        In light of the Court's Findings of Fact and Conclusions of law in which the Court found

MTS was not liable to Saray and awarded MTS attorney's fees, *see Saray Dokum ve Madeni Aksam*

*Sanayi Turizm A.S.*, No. 17 Civ. 7495 (JPC), 2023 WL 5164211 (S.D.N.Y. Aug. 11, 2023), MTS

shall file a status letter by August 18, 2023 addressing whether it agrees to voluntarily dismiss its

claims in the above-captioned case, and if not, why its claims in this case are not duplicative of its

counterclaims in *Saray Dokum ve Madeni Aksam Sanayi Turizm A.S.*, No. 17 Civ. 7495 (JPC)

(S.D.N.Y.).

        SO ORDERED.

Dated: August 14, 2023                          _____
       New York, New York                              JOHN P. CRONAN
                                                   United States District Judge